UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**<u>Gunter Crommelin</u>**
       Plaintiff

v.                                        Civil Action No. <u>1:24-cv-10552-RGS</u>

**<u>Takeda Pharmaceuticals U.S.A., Inc. et al</u>**
       Defendants

SETTLEMENT ORDER OF DISMISSAL

<u>STEARNS, D.J.</u>

     The parties have notified the Court that the case has settled and asked the courtroom deputy to remove them from the trial list.  They intend to file a stipulation of dismissal in the next 3-4 weeks.  Accordingly, the court enters a 30-day Order of Dismissal. If the parties are unable to complete their settlement in that time, they must contact the court for additional time and the court may restore the case to the trial list.

                                                                 By the Court,

<u>4/17/2025</u>                                              <u>/S/ Jacqueline Martin</u>
    Date                                                        Docket Clerk